

William M. Audet (SBN 117456)
Joshua C. Ezrin (SBN 220157)
Adel A. Nadji (SBN 232599)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO KING, as Personal Representative of MILDRED ANTONOGLOU,<br><br>     Plaintiff,<br><br>v.<br><br>PFIZER INC<br><br>     Defendant. | Case No. 08-cv-1034 CRB<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

ATTACHED HERETO, as Exhibit A, is a notice of Filing Proof of service of Summons and

Complaint.

Dated: February 26th, 2008                    AUDET & PARTNERS, LLP


_____
Adel A. Nadji

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Adel A Nadji, 232599<br>Audet & Partners, LLP<br>221 MAIN ST STE 1460<br>SAN FRANCISCO, CA 94105-1938<br>TELEPHONE NO.: (415) 982-1776<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| | |
|---|---|
| PLAINTIFF/PETITIONER: King | CASE NUMBER:<br>CV 1034 CRB |
| DEFENDANT/RESPONDENT: Pfizer Inc. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>3452 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Civil Case Cover Sheet, Civil Cover Sheet Attachment, ECF Registration Information Handout

**BY FAX**

3. a. Party served: Pfizer, Inc.

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served:  818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* 2/25/2008          (2) at *(time):*  2:45 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Pfizer, Inc.

   under:          CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:          Jimmy Lizama
   b. Address:       One Legal - 194-Marin
                     504 Redwood Blvd #223
                     Novato, CA 94947
                     415-491-0606
   c. Telephone number:
   d. The fee for service was:  $ 14.95
   e. I am:
      (3) registered California process server.
          (i)  Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/26/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Code of Civil Procedure, § 417.10

FF# 6657259

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

on the parties shown below:

Pfizer Inc.,
c/o Agent of Service of Process
CT Corporation
818 West Seventh Street
Los Angeles, CA 90017

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

☒ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on this 26th day of February, 2008 at San Francisco, California.

By: /s/ Adel A. Nadji
Adel A. Nadji

– 1 –

PROOF OF SERVICE