William M. Audet (CA117456)
AUDET & PARTNERS, LLP
221 Main Street Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:08-cv-1034-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| MARGO KING as personal representative for MILDRED ANTONOGLOU,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, MARGO KING as personal representative for MILDRED ANTONOLOU, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

DATED: November 9, 2009        AUDET & PARTNERS, LLP

By: _____
Counsel's Name
Attorneys for Plaintiff

DATED: Dec. 22, 2009        DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010        _____
Hon. Charles R. Breyer
United States District Court